UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff(s),<br>  v.<br>WHITNEY CRAMER OSTERHOUT,<br>       Defendant(s). | No. CR 05-0491 VRW<br><br>**ORDER FOR IN CAMERA REVIEW OF TRUST INSTRUMENT** |

Defense counsel **IS HEREBY ORDERED** to lodge a copy of the Osterhout Trust Instrument for the court's in camera review by **September 8, 2005.**

Dated:  August 31, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDER.05\OSTERHOUTTRUST.ORD.wpd

1