1  GEOFFREY ROTWEIN (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorney for Defendant
   WHITNEY OSTERHOUT

**FILED**

SEP 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> WHITNEY OSTERHOUT, et al, <br> Defendants. | No. CR 05-00491 VRW <br><br> **SUPPLEMENTAL ORDER REGARDING RELEASE OF DEFENDANT** |

TO: THE UNITED STATES MARSHALL, AND SANTA RITA JAIL

IT IS HEREBY ORDERED that the Order of Release issued for defendant on September 27, 2005, is hereby modified to allow her attorney in this case, Geoffrey Rotwein, pick her up from Santa Rita and drive her to Center Point in San Rafael, California.

DATED: September 28, 2005

_____
MAGISTRATE/JUDGE OF THE FEDERAL DISTRICT COURT

ORDER RE RELEASE OF DEFENDANT
No. CR 05-00491 VRW