1  GEOFFREY ROTWEIN (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   WHITNEY OSTERHOUT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WHITNEY OSTERHOUT,<br><br>　　　　Defendants. | No. CR 05-00491 VRW<br><br>**ORDER PURSUANT TO STIPULATION PERMITTING DEFENDANT TO TRAVEL OUTSIDE NORTHERN CALIFORNIA** |

IT IS HEREBY ORDERED that defendant WHITNEY OSTERHOUT is hereby authorized to travel outside the Northern District of California to Reno, Nevada, to visit her father there, from August 12 to 15, 2006. This Order is contingent on defendant providing Pretrial Services with the details of her travel plans, where and with whom she will be staying and the telephone number there.

DATED: August __11__, 2006

_____
JUDGE, FEDERAL DISTRICT COURT

SO STIPULATED:

DATED: August 8, 2006      KEVIN V. RYAN
                           United States Attorney

                           By: /s/ Laurel Beeler
                           LAUREL BEELER
                           Assistant United States Attorney

1   I am informed that Pretrial Services Officer Victoria Gibson has approved this travel
2   by Defendant.

3   DATED: August 8, 2006          /s/ Geoffrey Rotwein
                                    GEOFFREY ROTWEIN
4                                   Attorney for Defendant
                                    WHITNEY OSTERHOUT