KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    Email:  laurel.beeler@usdoj.gov

Attorneys for Plaintiff

FILED
06 SEP 18 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WHITNEY OSTERHOUT,<br><br>    Defendant. | No. CR 05 00491 VRW<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to defendant Whitney Osterhout without prejudice.

DATED:

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/*

EUMI L. CHOI
Chief, Criminal Division

LEAVE GRANTED:

_____
VAUGHN R. WALKER
United States District Judge

NOTICE OF DISMISSAL (CR 05 491 VRW)