1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  LAUREL BEELER (CSBN 187656)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6765
7    Facsimile: (415) 436-7234
     Email:  laurel.beeler@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED 06 SEP 18 PM 2:03

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR 05 00491 VRW
14 |        Plaintiff,                )
   |                                  ) NOTICE OF DISMISSAL
15 |   v.                             )
   |                                  )
16 | WHITNEY OSTERHOUT,               )
   |                                  ) (San Francisco Venue)
17 |        Defendant.                )
   |                                  )
18 |_____)

19    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20 United States Attorney for the Northern District of California dismisses the above indictment as
21 to defendant Whitney Osterhout without prejudice.

22 DATED:                                  Respectfully submitted,
23                                         KEVIN V. RYAN
                                           United States Attorney
24
25
                                           EUMI L. CHOI
26                                         Chief, Criminal Division

27 LEAVE GRANTED:
28 _____
   VAUGHN R. WALKER
   United States District Judge

NOTICE OF DISMISSAL (CR 05 491 VRW)